# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

December 23, 2024

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judges
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> REQUEST GRANTED.
> The Sentencing hearing previously set for January 9, 2025 is rescheduled to March 20, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 12/26/2024   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

**RE:** *U.S. v. Cristian Eustate Espinal, 23 Cr. 577 (LJL)*

Dear Judge Liman:

Your Honor is scheduled to sentence Cristian Eustate Espinal in the above matter on January 9, 2025, and I am writing to request an adjournment of the sentencing to a date convenient for the Court after March 17, 2025.

We are having problems securing medical and mental health records that are a necessary part of our sentencing arguments, and additional time is needed. As for the requested date, on February 24, 2025, I start a trial in the Eastern District in *United States v. Tony Clanton*, 23-cr-328 (KAM) before the Honorable Kiyo A. Matsumoto. There are two defendants, and the estimate is that the trial will last 2+ weeks. The Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

cc:  All Counsel (by ECF)

Admitted:  NY, CT, DC