# Law Offices of Jill R. Shellow PLLC
_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

May 12, 2025

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for May 22, 2025 is rescheduled to July 24, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 5/13/2025   SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

RE:   *U.S. v. Cristian Eustate Espinal, 23 Cr. 577 (LJL)*

Dear Judge Liman:

Your Honor is scheduled to sentence Cristian Eustate on May 22, 2025, and I am writing to request another adjournment of about 60 days until July 24, 2025 a date when I understand the Court is available.  The Government consents.

Several matters converge to support this request.  As Your Honor knows, Mr. Eustate is also charged with possession of child pornography in *U.S. v. Espinal*, 23 Cr. 619 (JGLC).  In February 2025, Judge Clarke approved funds for Richard Krueger, MD, to evaluate Mr. Eustate's risk of future dangerousness.  Dr. Krueger is not finished preparing his report.  Once he is done, I intend to submit a deferred prosecution request to the Government.  Finally, I was informed last week that child pornography was found on the phone of another co-defendant in this case which further complicates our investigation of the matter before Judge Clarke.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

cc:  All Counsel (by ECF)

Admitted:  NY, CT, DC