# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

**REQUEST GRANTED.**
The Sentencing hearing previously set for July 24, 2025 is rescheduled to September 30, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

7/21/2025

SO ORDERED.

*[Signature]*
LEWIS J. LIMAN
United States District Judge

July 19, 2025

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

   RE:   *U.S. v. Cristian Eustate Espinal, 23 Cr. 577 (LJL)*

Dear Judge Liman:

   I am writing to request another adjournment of Cristian Eustate's sentencing presently scheduled for Thursday, July 24, 2025.  Last week, I received the final expert report that I need in order to prepare a deferred prosecution request to the U.S. Attorney's office for the charges in *United States v. Cristian Eustate Espinal*, 23-cr-619 (JGLC).  I expect to submit that request in the near future.

   I have conferred with the Government about how long an adjournment to request.  The Government said that the review process for this kind of request is rigorous and requires consideration by various SDNY committees as well as by people in Main Justice in Washington, D.C.  The Government suggested a 60 day adjournment would be appropriate, and the Government consents to such an adjournment.  Accordingly, I respectfully request an adjournment of Mr. Eustate's sentencing of approximately 60 days to a date in late September or early October 2025 that does not conflict with the Jewish high holidays.

   Thank you for your consideration.

                              Respectfully submitted,

                              *[Signature]*

                              Jill R. Shellow

cc:  All Counsel (by ECF)

Admitted:  NY, CT, DC