

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 9, 2026

**BY ECF AND E-MAIL**

REQUEST GRANTED.
The Sentencing hearing previously set for January 13, 2026 is rescheduled to February 25, 2026 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

1/9/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Cristian Eustate Espinal*, 23 Cr. 577 (LJL)

Dear Judge Liman:

The parties write to jointly request an adjournment of the sentencing presently set for January 13, 2026 at 11 a.m. in the above-captioned case.

As the Court is aware, the defendant has a related case involving alleged possession of child pornography pending before Judge Clarke, captioned *United States v. Eustate Espinal*, 23 Cr. 619 (JGLC). The parties are in active discussions regarding a pre-trial resolution of that case and believe that they are quite close to reaching agreement. Because any resolution of the defendant's case before Judge Clarke could impact sentencing in this case, the parties respectfully request that the January 13th sentencing be adjourned for approximately 30 days. For reference, the next conference in the case before Judge Clarke is scheduled for February 26, 2026 at 3:00 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

CC:  Jill Shellow (by ECF)