

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 24, 2026

**BY ECF AND E-MAIL**

REQUEST GRANTED.
The Sentencing hearing previously set for March 25, 2026
is rescheduled to April 27, 2026 at 11:00AM in Courtroom
15C at the 500 Pearl Street Courthouse.

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

3/24/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *United States v. Cristian Eustate Espinal*, 23 Cr. 577 (LJL)

Dear Judge Liman:

The parties write to jointly request an adjournment of the sentencing presently set for March 25, 2026 at 10:30 a.m. in the above-captioned case.

As the Court is aware, the defendant has a related case involving alleged possession of child pornography pending before Judge Clarke, captioned *United States v. Eustate Espinal*, 23 Cr. 619 (JGLC). It is the Government's understanding that the defendant intends to enter a guilty plea in the case pending before Judge Clarke in the next two weeks. It is also the Government's understanding that at that point the defendant intends to file a motion pursuant to Rule 13(c) of the Rules for the Division of Business Among District Judges to be sentenced before the same judge in both the case pending before Your Honor and the case pending before Judge Clarke. In order to facilitate that, the parties respectfully request that tomorrow's scheduled sentencing be adjourned.

March 24, 2026
Page 2

Accordingly, the parties respectfully request that the sentencing scheduled for tomorrow in the case pending before Your Honor be adjourned and a control date approximately 30 days from today be set. At that point, the Parties can update the Court on the status of the defendant's expected plea before Judge Clarke.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Adam Sowlati
Assistant United States Attorney
(212) 637-2448/2438

CC: Jill Shellow (by ECF)

2