# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

April 24, 2026

**BY ECF AND EMAIL**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
LimanNYSDChambers@nysd.uscourts.gov

REQUEST GRANTED.
The Sentencing hearing previously set for April 27, 2026 is rescheduled to June 11, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

4/24/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**RE:    _U.S. v. Cristian Eustate Espinal, 23 Cr. 577 (LJL)_**

Dear Judge Liman:

I am writing to request a 30-day adjournment of Cristian Eustate Espinal's sentencing presently scheduled for Monday, April 27, 2026.  The Government consents.

Briefly, on April 6, 2026, Mr. Eustate pled guilty pursuant to a plea agreement in _United States v. Cristian Eustate Espinal_, 23 Cr. 619 (JGLC).  The plea agreement acknowledges that I intend to move before Your Honor pursuant to Rule 13(c) of the Rules for the Division of Business Among District Judges, Southern District of New York, to have one judge sentence Mr. Espinal in both cases.  The Government advised Judge Clarke that it will not object to this request.  A 30-day adjournment will allow time for the request to be filed.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:  All Counsel (by ECF)

Admitted:  NY, CT, DC